## BOBECK v. BANK OF JEFFERSON.

No. 15729—Opinion Filed March 16, 1926.

Error from District Court, Grant County; Claude Duval, Judge.

Action by the Bank of Jefferson against Fred Bobeck for recovery on a note. Judgment for plaintiff, from which defendant appeals. Affirmed.

J. B. Drennen and Sam P. Ridings, for plaintiff in error.

Simons, McKnight & Simons, for defendant in error.

RILEY, J. It being stipulated and agreed by and between the plaintiff in error and the defendant in error that the opinion in the case of Elling v. Bank of Jefferson, No. 15728, this day decided, 114 Okla. 147, 244 Pac. 793, shall apply to and be adopted as the decision in this cause, the stipulation and agreement is approved, and the judgment of the trial court is affirmed herein.